FILED IN
COURT OF CRIMINAL APPEALS

June 1, 2016

ABEL ACOSTA, CLERK

WR-48,152-08
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/1/2016 12:21:15 PM
Accepted 6/1/2016 12:33:29 PM
ABEL ACOSTA
CLERK

**No. WR-48,152-08**

————————◆————————

In the
Court of Criminal Appeals
At Austin

————————◆————————

**Ex Parte**
**GARCIA GLEN WHITE**
*Applicant*

*Granted*
6/1/16
*Cheryl Johnson*

————————◆————————

On Application for Writ of Habeas Corpus
From the 180th District Court of Harris County, Texas
**No. 723847**

————————◆————————

## APPLICANT'S MOTION FOR EXTENSION IN TIME IN WHICH TO CORRECT DEFICIENCIES IN MAY 24, 2016 RESPONSE

————————◆————————

TO THE HONORABLE JUSTICES OF THE
COURT OF CRIMINAL APPEALS OF TEXAS:

COMES NOW, the Applicant, Garcia Glen White, by and through his attorneys of record, Patrick F. McCann and Mandy Miller, and respectfully moves this Honorable Court to extend the time for filing his Response to this Court's Order of March 23, 2016, up to and including June 1, 2016. In support of such motion, the Applicant would show the Court the following:

(1) After receiving one extension in time up to and including May 24, 2016, in which to file a Response worthy of this Court's attention, the Applicant timely filed his Response on May 24, 2016.

(2) The undersigned counsel were advised telephonically by the Clerk of this Court on June 1, 2016, that the Applicant's Response was deficient and had been rejected for filing because of the unintended omission of the Certificate of Compliance with respect to the word count of the Response.

(3) The undersigned have corrected this deficiency and, contemporaneously with the filing of this motion for extension in time, have re-submitted the corrected Response.

(4) The undersigned apologize to both the Court and its Clerk for any inconvenience this omission may have caused, and make assurances that steps have been taken to ensure that this does not happen again.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the Applicant prays that this Honorable Court will, in all things, **GRANT** this motion, and permit the filing of the Applicant's corrected Response to this Court's March 23, 2016 Order, and that the Court further **GRANT** any additional relief to which the Applicant may be legally and justly entitled.

DATED this 1ST day of June, 2016.

Respectfully submitted,

**PATRICK MCCANN**
State Bar No: 00792680
writlawyer@justice.com

**MANDY MILLER**
State Bar No: 24055561
mandy@mandymillerlegal.com

909 Texas Ave., Ste. 205
Houston, TX 77002
(713) 223-3805
Fax (713) 226-8097

**Attorneys for the Applicant**
**GARCIA GLEN WHITE**

## CERTIFICATE OF SERVICE

Applicant has sent a copy of the foregoing instrument to counsel for the State of Texas at the following electronic mail addresses on this 1st day of June, 2016:

Lynn Hardaway
Harris County Assistant District Attorney
hardaway_lynn@dao.hctx.net

Lori DeAngelo
Harris County Assistant District Attorney
deangelo_lori@dao.hctx.net

**PATRICK MCCANN**

**MANDY MILLER**

**Attorneys for the Applicant**
**GARCIA GLEN WHITE**